UNITED STATES BANKRUPTCY COURT
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| 56 MILBANK AVENUE, LLC, | Case No. 15-22710 (RDD) |
| Debtor. | |

### ORDER EXTENDING THE EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND TO SOLICIT ACCEPTANCES THERETO PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE

Upon the timely motion, dated September 16, 2015 (the "Motion"),[1] of the above-captioned debtor and debtor in possession (the "Debtor"), for entry of an order extending the Debtor's exclusive periods to file a chapter 11 plan and to solicit acceptances thereto; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and, upon the Certificate of No Objection, dated October 19, 2015 and the Court's review of the Motion, no hearing on the Motion being required; and, after due deliberation, the Court having found and concluded that the Debtor has established sufficient cause for the relief granted herein; and it appearing that the relief granted herein is in the best interests of the Debtor, the Debtor's estate, creditors, and parties in interest; and upon all of the proceedings had before the Court,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED to the extent set forth herein.

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

3437668-1

2. The Debtor's Exclusive Filing Period shall be extended through and including December 4, 2015.

3. The Debtor's Exclusive Solicitation Period shall be extended through and including February 2, 2016.

4. All parties' rights are reserved with respect to any further extensions or reductions of the Exclusive Filing Period and/or the Exclusive Solicitation Period.

5. This Court shall retain jurisdiction to interpret and enforce this Order.

Dated: October 21, 2015
       White Plains, New York

                                      /s/Robert D. Drain
                                      UNITED STATES BANKRUPTCY JUDGE

3437668-1